# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES, LP, CROSSTEX LIG, LLC AND CROSSTEX PROCESSING SERVICES, LLC

NO.  2022 CW 0867

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL

**AUGUST 16, 2022**

---

In Re:  Texas Brine Company, LLC, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 34202.

---

**BEFORE:  McDONALD, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT GRANTED.** The district court's August 11, 2022 judgment, granting Legacy Vulcan, LLC's Motion in Limine to Preclude Proffer of Evidence Relative to Dismissed Claims is reversed. Louisiana Code of Civil Procedure article 1636 provides, "[w]hen the court rules against the admissibility of any evidence, it shall either permit the party offering such evidence to make a complete record thereof, or permit the party to make a statement setting forth the nature of the evidence." The word "shall" is mandatory. **Sanchez v. Georgia Gulf Corp.,** 2002-1617 (La. App. 1st Cir. 8/13/03), 853 So.2d 697, 704. Accordingly, the district court is instructed to allow Texas Brine Company, LLC to either offer such evidence to make a complete record thereof or to make a statement setting forth the nature of the evidence.

**JMM**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sn_

DEPUTY CLERK OF COURT
FOR THE COURT